## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**HANCOCK WHITNEY CORPORATION**

**VERSUS**

**JULIAN PAUL BOURGEOIS**

**CIVIL ACTION**

**NO.: 20-00028-BAJ-EWD**

## TEMPORARY RESTRAINING ORDER

Considering Plaintiff Hancock Whitney Corporation's Motion for Temporary Restraining Order against Defendant Julian Paul Bourgeois, and the legal arguments and evidence submitted therewith, the Court finds that there is evidence of immediate and irreparable injury to Plaintiff, for which there is no adequate remedy at law and for which damages are incalculable. Without the relief granted below, Plaintiff will continue to suffer irreparable harm, which outweighs any potential harm to Defendant. The Temporary Restraining Order below will not disserve the public interest.

**IT IS ORDERED** that:

1. Defendant Julian Paul Bourgeois and all persons or entities acting in concert with him are restrained, enjoined, and prohibited from violating his Employee Confidentiality and Non-Solicitation Agreement dated December 3, 2012 ("Agreement"), attached as Exhibit 1 to the Verified Complaint for Injunctive and Other Relief;

2. Defendant Julian Paul Bourgeois and all persons or entities acting in concert with him are restrained, enjoined, and prohibited from, directly or indirectly, acting alone or with others, soliciting or attempting to solicit, inducing to leave or diverting or attempting to induce to leave or divert from doing business with Plaintiff Hancock Whitney Corporation, or any of its subsidiaries or affiliated companies, any customer with whom Defendant Julian Paul Bourgeois had professional contact, for whom he had responsibility or with respect to whom he was privy to any information during his employment with Plaintiff Hancock Whitney, which prohibition shall remain in effect through January 23, 2020, at 12:01 am, in the Louisiana parishes named on Exhibit A to the Agreement;

3. Defendant Julian Paul Bourgeois and all persons or entities acting in concert with him are restrained, enjoined, and prohibited from servicing any customer of Plaintiff Hancock Whitney for whom he had responsibility or with respect to whom he was privy to any information during his employment with Plaintiff Hancock Whitney, which prohibition shall remain in effect through January 23, 2020, at 12:01 am, in the Louisiana parishes named on Exhibit A to the Agreement;

4. Defendant Julian Paul Bourgeois and all persons or entities acting in concert with him are restrained, enjoined, and prohibited from divulging, revealing, discussing, publishing, disseminating, or communicating Plaintiff Hancock Whitney's confidential customer data, customer and

prospect names and contact information, financial portfolios, financial account information, financial needs, investment preferences, established business relationships, and other Confidential Information as defined in the Agreement;

5. Defendant Julian Paul Bourgeois and all persons or entities acting in concert with him are restrained, enjoined, and prohibited from using or permitting use of, for his/their benefit or the benefit of third parties, Plaintiff Hancock Whitney's confidential customer data, customer and prospect names and contact information, financial portfolios, financial account information, financial needs, investment preferences, established business relationships, and other Confidential Information as defined in the Agreement;

6. Defendant Julian Paul Bourgeois is restrained, enjoined, and prohibited from making or inducing others to make any oral or written statements to Plaintiff Hancock Whitney's customers that are negative, derogatory, or disparaging about Plaintiff Hancock Whitney, its products, management, and/or employees.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction shall be heard before the Court on Wednesday, January 22, 2020, at 2:00 PM.

**IT IS FURTHER ORDERED** that this Order shall not be effective unless and until Plaintiff executes and files a bond with the Clerk in the amount of $5,000.00.

**IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of this Order on Defendant forthwith.

Baton Rouge, Louisiana, this 15th day of January, 2020.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA